UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO,

                    Plaintiff,

       – *against* –

 MYLES ATHLETIC, INC.,

                  Defendant.

**<u>ORDER</u>**

23-cv-5056 (ER)

R<span style="font-variant:small-caps">AMOS</span>, D.J.:

      On August 16, 2023, Luis Toro moved for default against Myles Athletic, Inc.  Doc.  11.

The same day, a show cause hearing was scheduled for September 7, 2023 at 2:00 p.m.  Doc. 12.

However, counsel for Toro, Mars Khaimov, did not appear for the scheduled hearing.

      Accordingly, **<u>the hearing is hereby rescheduled for September 14, 2023 at 11:00 a.m.</u>**

in courtroom 619, United States District Court for the Southern District of New York, 40 Foley

Square, in the City, County and State of New York.

      Mr. Khaimov is reminded that failure to abide by Court orders may will result in adverse

actions, including dismissal for failure to prosecute under Federal Rule of Procedure 41(b).

      SO ORDERED.

Dated:  September 7, 2023
     New York, New York

                                _____
                                 Edgardo Ramos, U.S.D.J.